UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                          Chapter 13

    Jerry L Lawson

                                  Bankruptcy No. 20-11526-AMC

                  Debtor

## TRUSTEE'S MOTION TO DISMISS PURSUANT TO 11 U.S.C. SECTION 1307

To the Honorable Judges of the United States Bankruptcy Court for the Eastern District of Pennsylvania:

1.      Your Movant is Scott F. Waterman, Esq. the duly qualified and acting Chapter 13 Trustee in the above-captioned case.

2.      The within case was commenced by the filing of a Chapter 13 petition on 03/11/2020.

3.      This Motion to Dismiss has been filed for the following reason(s):

- There has been unreasonable delay as defined by 11 U.S.C Section 1307(c)(1) by the above-captioned Debtor(s).

      WHEREFORE, Scott F. Waterman, Esq., Standing Chapter 13 Trustee,  requests that the Court, after a hearing, enter an Order dismissing this case.

Date: 07/10/2020                Respectfully submitted,

                              */s/ Polly A. Langdon, Esq.*
                              Polly A. Langdon, Esq.
                              for
                              Scott F. Waterman, Esq.
                              Standing Chapter 13 Trusteee
                              2901 St. Lawrence Avenue, Suite 100
                              Reading, PA  19606
                              Telephone: (610) 779-1313