UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
|---|---|---|
| Jerry L. Lawson | : | Case No.: 20-11526(amc) |
| | : | |
| Debtor(s) | : | Chapter 13 |

## OBJECTION TO PROOF OF CLAIM NUMBERED 14-1
## FILED BY KATRENA L. LAWSON

**COMES NOW**, Jerry L. Lawson, hereinafter collectively referred to as "Debtor," by and through their undersigned counsel, Brad J. Sadek, Esquire, and hereby objects to the Proof of Claim number 14-1 filed by Katrena L. Lawson, and in support thereof avers the following:

1. Debtor filed the instant Chapter 13 Bankruptcy case on or about March 11, 2020.

2. The Chapter 13 filing was assigned case number 20-11526.

3. On or about June 11, 2020, Katrena L. Lawson filed Proof of Claim numbered 14-1. A true and correct copy of claim number 14-1 is attached hereto and labeled as **Exhibit "A."**

4. The Official Form 410, notes that the claim is for domestic support arrears in the amount of $928.00 monthly.

5. However, the Debtor has provided to the undersigned counsel a complete history of all payments showing that the Debtor is not in arrears to Ms. Lawson. Proof of payments attached hereto as "**Exhibit B**."

6. Furthermore, the Debtor's domestic support obligations are taken directly from his paycheck and have been since before the date of filing.

7. Accordingly, the Debtor requests that the claim numbered 14-1 be disallowed.

**WHEREFORE**, Debtor, Jerry L. Lawson, respectfully requests that this Honorable Court disallow the proof of claim numbered 14-1 filed by Katrena L. Lawson.

Dated: September 10, 2020

/s/ Brad J. Sadek, Esq.
Brad J. Sadek, Esquire
Sadek and Cooper
Attorney for the Debtors
Sadek Law Offices, LLC
1315 Walnut Street, #502
Philadelphia, PA 19107
(215) 545-0008