Relationship to Case: NON CUSTODIAL PERSON
Date Closed:
Reason Closed:
Date Closure Notice Sent:

*CASE # 20-11526 (JKF)*

| | |
|---|---|
| Total MSO Due for the Current Month | $1,160.00 |
| Total Paid for the Current Month | $240.06 |
| Total Amount of Arrears Collected for the Prior Month | $0.00 |
| Current Balance Due | ($8.06) |
| Party Responsible for Providing Insurance | CUSTODIAL PERSON |
| Arrears Payback Amount | $0.00 |
| Arrears Payback Frequency | |

| Debt Type | Obligation Amount | Frequency | Next Charge Date | Effective Date |
|---|---|---|---|---|
| CHILD SUPPORT | $232.00 | WEEKLY | 9/9/2020 | 5/22/2019 |

**Case ID:** CS91434741A
**Case Status:** OPEN

**Relationship to Case:** NON CUSTODIAL PERSON
**Date Closed:**
**Reason Closed:**
**Date Closure Notice Sent:**

| Receipt Date | Receipt Source | Amount Distributed to the Case |
|---|---|---|
| 8/26/2020 | EMPLOYER WAGE | $464.00 |
| 8/13/2020 | EMPLOYER WAGE | $464.00 |
| 7/29/2020 | EMPLOYER WAGE | $464.00 |
| 7/15/2020 | EMPLOYER WAGE | $464.00 |
| 7/1/2020 | EMPLOYER WAGE | $464.00 |
| 6/17/2020 | EMPLOYER WAGE | $464.00 |
| 6/3/2020 | EMPLOYER WAGE | $464.00 |
| 5/6/2020 | EMPLOYER WAGE | $464.00 |
| 4/22/2020 | EMPLOYER WAGE | $464.00 |
| 4/8/2020 | EMPLOYER WAGE | $464.00 |
| 3/25/2020 | EMPLOYER WAGE | $464.00 |
| 3/11/2020 | EMPLOYER WAGE | $464.00 |
| 2/26/2020 | EMPLOYER WAGE | $464.00 |
| 2/12/2020 | EMPLOYER WAGE | $464.00 |
| 1/29/2020 | EMPLOYER WAGE | $524.00 |
| 1/15/2020 | EMPLOYER WAGE | $524.00 |
| 1/7/2020 | JUDGMENT | $1,648.67 |
| 1/2/2020 | EMPLOYER WAGE | $523.96 |
| 12/18/2019 | EMPLOYER WAGE | $524.00 |
| 12/4/2019 | EMPLOYER WAGE | $524.00 |
| 11/20/2019 | EMPLOYER WAGE | $524.00 |
| 11/6/2019 | EMPLOYER WAGE | $524.00 |
| 10/23/2019 | EMPLOYER WAGE | $524.00 |
| 10/9/2019 | EMPLOYER WAGE | $524.00 |
| 9/25/2019 | EMPLOYER WAGE | $524.00 |
| 9/11/2019 | EMPLOYER WAGE | $464.00 |
| 8/28/2019 | EMPLOYER WAGE | $464.00 |
| 7/19/2019 | EMPLOYER WAGE | $463.99 |
| 7/5/2019 | EMPLOYER WAGE | $463.99 |

| Receipt Date | Receipt Source | Amount Distributed to the Case |
|---|---|---|
| 6/20/2019 | EMPLOYER WAGE | $464.00 |
| 6/7/2019 | EMPLOYER WAGE | $464.00 |
| 5/24/2019 | EMPLOYER WAGE | $527.01 |
| 5/10/2019 | EMPLOYER WAGE | $557.19 |
| 4/26/2019 | EMPLOYER WAGE | $547.84 |
| 4/12/2019 | EMPLOYER WAGE | $539.40 |
| 3/29/2019 | EMPLOYER WAGE | $552.87 |
| 3/25/2019 | REGULAR PAYMENT FROM NCP | $289.22 |
| 3/15/2019 | EMPLOYER WAGE | $573.52 |
| 3/1/2019 | EMPLOYER WAGE | $541.26 |
| 3/1/2019 | REGULAR PAYMENT FROM NCP | $122.31 |
| 2/15/2019 | EMPLOYER WAGE | $579.69 |
| 2/11/2019 | REGULAR PAYMENT FROM NCP | $167.60 |
| 2/1/2019 | EMPLOYER WAGE | $534.40 |
| 1/28/2019 | REGULAR PAYMENT FROM NCP | $162.58 |
| 1/18/2019 | EMPLOYER WAGE | $539.42 |
| 1/11/2019 | REGULAR PAYMENT FROM NCP | $160.03 |
| 1/4/2019 | EMPLOYER WAGE | $543.81 |
| 12/21/2018 | EMPLOYER WAGE | $541.38 |
| 12/21/2018 | REGULAR PAYMENT FROM NCP | $351.00 |
| 12/17/2018 | REGULAR PAYMENT FROM NCP | $351.00 |
| 12/10/2018 | REGULAR PAYMENT FROM NCP | $351.00 |
| 11/30/2018 | REGULAR PAYMENT FROM NCP | $351.00 |
| 11/26/2018 | REGULAR PAYMENT FROM NCP | $351.00 |
| 11/19/2018 | REGULAR PAYMENT FROM NCP | $351.00 |
| 11/9/2018 | REGULAR PAYMENT FROM NCP | $351.00 |
| 11/5/2018 | REGULAR PAYMENT FROM NCP | $351.00 |
| 10/29/2018 | REGULAR PAYMENT FROM NCP | $351.00 |
| 10/22/2018 | REGULAR PAYMENT FROM NCP | $351.00 |
| 10/15/2018 | REGULAR PAYMENT FROM NCP | $351.00 |
| 10/9/2018 | REGULAR PAYMENT FROM NCP | $351.00 |
| 10/1/2018 | REGULAR PAYMENT FROM NCP | $351.00 |
| 9/24/2018 | REGULAR PAYMENT FROM NCP | $351.00 |
| 9/20/2018 | REGULAR PAYMENT FROM NCP | $351.00 |

| Receipt Date | Receipt Source | Amount Distributed to the Case |
|---|---|---|
| 9/7/2018 | EMPLOYER WAGE | $158.11 |
| 9/6/2018 | REGULAR PAYMENT FROM NCP | $351.00 |
| 9/4/2018 | REGULAR PAYMENT FROM NCP | $114.00 |